IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AARON THORNTON and<br>TRICIA THORNTON,<br>Husband and Wife, | )<br>)<br>)<br>) | NO. 8:13-CV-00117 |
| Plaintiffs, | )<br>) | STIPULATION FOR DISMISSAL |
| v. | )<br>) | |
| STATE FARM INSURANCE<br>COMPANIES, | )<br>)<br>) | |
| Defendant. | ) | |

COME NOW the parties hereto, by and through their respective counsel of record, and allege and assert that the above lawsuit having been settled, it is jointly requested that the same be dismissed with prejudice, each party to pay its own costs and attorney fees.

AARON THORNTON and TRICIA
THORNTON, Husband and Wife,
Plaintiffs,

*/s/ Richard J. Rensch*

Richard J. Rensch #15515
Sean P. Rensch #23031
RENSCH & RENSCH LAW PC LLO
John D. Wear Building
7602 Pacific Street, Suite 102
Omaha, Nebraska 68114
(402) 498-4400
ATTORNEYS FOR PLAINTIFF

STATE FARM INSURANCE
COMPANIES, Defendant,

*/s/ Rex A. Rezac*

Rex A. Rezac #17787
FRASER STRYKER PC LLO
409 S. 17th Street
500 Energy Plaza
Omaha, Nebraska 68102
(402) 341-6000
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Richard J. Rensch, Sean P. Rensch, RENSCH & RENSCH LAW PC LLO, John D. Wear Building, 7602 Pacific Street, Suite 102, Omaha, Nebraska 68114.

1270686