# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AARON THORNTON and TRICIA THORNTON, Husband and Wife;<br><br>            Plaintiffs,<br><br>    vs.<br><br>STATE FARM INSURANCE COMPANIES;<br><br>            Defendant. | 8:13CV117<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulation for Dismissal (Filing No. 63). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action should be dismissed with prejudice, and the parties will pay their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The Parties' Stipulation for Dismissal (Filing No. 63) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

Dated this 30th day of March, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge